IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (docket no. 21) is GRANTED.  The Plaintiff shall forthwith refile her Amended Complaint with this court.

It is FURTHER ORDERED that the Joint Confidentiality and Protective Order (docket no. 23) is APPROVED as amended in paragraphs 12, 21, and 22 and made an Order of Court.

Date:  October 19, 2006