IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Order Shortening Time for Defendant to Respond to Plaintiff's Motion for Entry of an Electronic Discovery Plan and Order to Preserve Evidence (docket no. 37) is MOOT and therefore DENIED. Defendant has filed a response to Plaintiff's Motion for Entry of an Electronic Discovery Plan and Order to Preserve Evidence (docket no. 34) on November 3, 2006.

It is FURTHER ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint (docket no. 38) is GRANTED finding good cause shown.  The Defendant has withdrawn its objection to Plaintiff's Motion for Leave to File Second Amended Complaint See docket no. 50.  Plaintiff shall refile her Second Amended Complaint with this court within five (5) from the day of this order so that the Second Amended Complaint can be given a new docket number.

Date:  November 13, 2006