IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Clarify Orders (docket no. 56) is DENIED.  This court's Courtroom Minutes/Minute Order dated November 2, 2006 (Docket No. 48), does not need modification.  In addition, this court's Order Regarding Plaintiff's Motion for Entry of an Electronic Discovery Plan and Order to Preserve Evidence (docket no. 34) dated November 21, 2006 (docket no. 55), is clear on its face and does not need clarification.  Such ruling is law of the case.

Date: December 5, 2006