IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Rule 26(c) Motion for Protective Order and a Stay of the Deposition of Plaintiff, Karyn Palgut (docket no. 62), is GRANTED. The deposition of Plaintiff set on December 7, 2006, is VACATED. Plaintiff has demonstrated good cause to reset her deposition, noting the large number of pages of discovery involved in this case and the time that Plaintiff has had to review such discovery prior to her deposition.

It is FURTHER ORDERED that the parties shall meet and confer forthwith and reset Plaintiff's deposition within 45 days of this Order.

Date: December 7, 2006