IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

     It is hereby ORDERED that the Joint Motion to Vacate Discovery Deadlines in the Scheduling Order and to Stay Discovery Until 10 Days After the Pending Discovery Motions have been Ruled on at the District Court Level (docket no. 65) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as follows.  The settlement conference set on December 19, 2006 at 1:30 p.m. is VACATED.  The requirement that the parties submit their updated settlement statements to the court by December 14, 2006, is also VACATED.  The remainder of the motion is DENIED.  The parties are granted leave to request modifications to the Rule 16 Scheduling Order after Judge Miller has ruled on the pending Fed. R. Civ. P. 72(a) discovery appeals.

Date:  December 14, 2006