IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order for 30-Day Extension of Time of the Expert Witness Report Deadline (docket no. 136) is GRANTED finding good cause and finding further no objection by Defendant.  Plaintiff's expert reports are now due on or before April 30, 2007.  The Rule 16 Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that Plaintiff's Motion to Expedite Responses to Doc. Nos. 136 and 137 (docket no. 138) is GRANTED finding good cause shown.  As to Doc. No. 136, the issue is MOOT since Defendant's counsel has agreed to the 30-Day Extension of Time for Plaintiff's expert reports.  See Doc. No. 140.  As to Doc No. 137 which is captioned Plaintiff's Second Motion to Compel Based on Newly Discovered Evidence, the Defendant shall have up to and including April 6, 2007, to file a response.

Date:  March 26, 2007