IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Scheduling Order to Facilitate Completion of Expert Witness Reports (docket no. 146) is GRANTED finding good cause shown. The deadline for Plaintiff's disclosure of experts is extended to May 30, 2007. The deadline for Defendant's disclosure of experts is extended to June 30, 2007. The deadline to complete discovery is extended to July 30, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  May 2, 2007