IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order to Facilitate Completion of Expert Reports and Depositions (docket no. 166) is GRANTED as follows.  Discovery is extended for the limited purpose of completing the depositions of the experts only to September 15, 2007.  The deadline for Plaintiff to serve her expert witness reports is extended to July 15, 2007.  The deadline for Defendant to serve their expert witness reports is extended to August 15, 2007.  The Rule 16 Scheduling Order is amended consistent with this minute order.  The Amended Joint Confidentiality Order (docket no. 166-2) is APPROVED and made an Order of Court.

    It is FURTHER ORDERED that Plaintiff shall file her response to Defendant's Rule 26(c) Motion for Protective Order and Stay of Depositions (docket no. 165) on or before  June 1, 2007.

Date:  May 23, 2007