IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,
Plaintiff,

v.

CITY OF COLORADO SPRINGS,
Defendant.

### Amended Joint Confidentiality Order

The Joint Confidentiality and Protective Order (Doc. 29), is amended by stipulation and Order as follows:

During depositions in this case, the parties agree to the following protocols, in addition to any others.

27. The parties recognize that it is inevitable that during the course of depositions in this matter, individual deponents may be presented with "Confidential Information" as described herein. Prior to the commencement of each deposition, the deponent will be presented with a copy of the Confidentiality Order and a copy of Exhibit A, the acknowledgment of this Order's terms, for the deponent's signature.

28. In order to prevent interruptions of deposition testimony and unnecessary objections, counsel agree that assertions of confidentiality will not be made during any deposition. If either party believes that any testimony elicited during a deposition is subject to the provisions of this confidentiality order, counsel may, within seven calendar days after the completion of said deposition, notify the other party of the claims of confidentiality by

1

designating the specific pages and lines of the deposition transcript which counsel believes to be confidential. The provisions of this Order for challenging claims of confidentiality shall apply. Following the determination of any claim of confidentiality of deposition testimony, each party shall attach a copy of the written notice to the face of the transcript and each copy thereof in his/her possession, custody or control.

29. Claims of confidentiality in deposition testimony shall not prevent or otherwise limit either party from providing copies of deposition transcripts to any individuals to whom confidential information may be disclosed under the terms of this Order.

30. Individuals in attendance on behalf of Defendant shall be limited to attorneys and attorneys' staff for Defendant, the deponent, an advisory witness, and any expert witnesses who are needed for trial preparation.

31. To minimize impairing the independent recollection of deponents about facts that are now nearly 3 years old, any deponent who could be tempted to, or have an incentive to, conform her or his testimony to that of another deponent ("such deponent"), the following protocol shall be in effect, unless modified in writing by the parties:

    a. All persons present at a deposition, including the deponent, shall affirm under oath at the beginning of the deposition that s/he will adhere to all terms of the Joint Confidentiality and Protective Order, as amended, and specifically to the terms of this amendment.

    b. During and after such deponent's deposition has been completed, no one present at the deposition, including such deponent, shall disclose in any manner, directly or indirectly, the content, substance, gist, or purport of any questions or answers during their deposition. This restriction does not apply to counsel or counsel's staff.

32. These restrictions shall end when the last deposition in this case has been completed, or as otherwise modified by the parties in writing.

33. These restrictions do not apply to communications with expert witnesses or counsel for either party.

34. These restrictions do not apply to communications with another deponent whose deposition has been completed.

35. Counsel for both parties agree not to disclose the content, substance, gist, or purport of answers to questions given by such deponent to a potential witness or deponent, except to such deponent's who deposition has already been completed.

36. Counsel for both parties agree to adhere to all ethical obligations in the preparation of deponent testimony.

Respectfully submitted this 24th day of May, 2007.

BY THE COURT:

_____
U.S. Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

APPROVED:

s/Craig M. Cornish
Craig Cornish, #10445
Ian Kalamanowitz #32379
CORNISH AND DELL'OLIO
431 N. Cascade Avenue
Colorado Springs, CO 80903
Telephone: (719) 475-1204
Facsimile: (719) 475-1264
e-mail: ccornish@cornishanddellolio.com
Attorneys for Plaintiff

s/Lori Miskel
Lori Miskel
Senior Attorney, #027569
City Attorney's Office
30 South Nevada Avenue, Suite 501
P.O. Box 1575, Mail Code 510
Colorado Springs, CO 80901-1575
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
e-mail: lmiskel@springsgov.com
Attorneys for City of Colorado Springs