IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion for Order of Rule 35 Independent Medical Exams (docket no. 152) is DENIED.  None of the requested individuals who Plaintiff wants to conduct an independent medical examination ("IME") on are parties to this lawsuit.  The only named Defendant is the City of Colorado Springs.  Further, none of the Colorado Springs Fire Department employees are in the custody or under the legal control of the Defendant City of Colorado Springs within the meaning of Fed. R. Civ. P. 35.  An employee of a party is not "in the custody or under legal control of" the employee within the meaning of Fed. R. Civ. P. 35.  See Fed. R. Civ. P. 35(a), Advisory Committee's Notes 1970; Lewis v. Hermann's Excavating, Inc., 200 FRD 657, 660-661, 50 Fed. R. Serve. 3d 1581 (D. Kan. 2001).  In addition, the Defendant City of Colorado Springs' mental condition is not "in controversy" in this case and Plaintiff has failed to demonstrate "good cause" for the requested relief.  Lastly, Plaintiff as failed to meet her burden of proof under Fed. R. Civ. P. 35 and Schlagenhauf v. Holder, 379 U.S. 104, 117, 85 S.Ct. 234, 13 L.Ed.2d 152 (1964).

     It is FURTHER ORDERED that Defendant City of Colorado Springs' Rule 26(c) Motion for Protective Order and Stay of Depositions (docket no. 165) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED insofar as a stay of depositions until June 4, 2007.  The remainder of the relief sought in this motion is DENIED.

Date:  May 24, 2007