IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order to Extend the Deadlines of Completion of Depositions, Discovery, and Expert Witness Reports (document 184) is GRANTED.  The discovery deadline is extended to October 30, 2007.  Plaintiff shall serve expert witness reports by August 30, 2007.  Defendant shall serve rebuttal expert reports by September 30, 2007.

Date: July 9, 2007