IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion Quash Subpoena Duces Tecum (docket no. 191) is MOOT, since Plaintiff has withdrawn such subpoena and therefore DENIED WITHOUT PREJUDICE.

Date: August 2, 2007