**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: August 14, 2007
Court Reporter: Janet Coppock  Time: 30 minutes

**CASE NO.   06-cv-01142-WDM-MJW**

| Parties | Counsel |
|---|---|
| **KARYN S. PALGUT,** | Craig Cornish |
| Plaintiff, | |
| vs. | |
| **CITY OF COLORADO SPRINGS,** | Emily Wilson<br>Laurie Miskel |
| Defendant. | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**2:00 p.m.**    **COURT IN SESSION**

APPEARANCES OF COUNSEL by telephone.

**Defendants' Motion for Temporary Restraining Order (Doc #193), filed 7/30/07.**

**2:03 p.m.**    Argument by Ms. Wilson.  Questions by the Court.

Page Two
06-cv-01142-WDM-MJW
August 14, 2007

**2:08 p.m.**     Argument by Ms. Miskel.  Questions by the Court.

**2:13 p.m.**     Argument by Mr. Cornish.

**2:20 p.m.**     Further argument by Ms. Wilson.

Court states its findings and conclusions.

**ORDERED:**  Defendants' Motion for Temporary Restraining Order (Doc #193), filed 7/30/07 is **DENIED.**

**2:30 p.m.**     **COURT IN RECESS**

**Total in court time:**     30 minutes

**Hearing concluded**