IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate and Reset Final Pretrial Conference, DN 223, filed with the Court on August 29, 2007, at 3:37 p.m., is untimely filed, and therefore, DENIED. The parties shall appear in court on August 30, 2007, at 9:30 a.m.

Date: August 29, 2007 (3:57 p.m.)