IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

Based upon the Second Joint Status Report Re: Outstanding Discovery Motions Pending Before the Magistrate Judge (docket no. 241) it is hereby **ORDERED**:

1. That Defendant's Motion to Quash Subpoena Duces Tecum (docket no. 189) is **MOOT** and, therefore, **DENIED**;

2. That Defendant's Motion to Quash Subpoena Duces Tecum (docket no. 200) is **MOOT** and, therefore, **DENIED**;

3. That Plaintiff's Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, and Supplemental Information in Support of Objections to the Ruling of April 27, 2007 (docket no. 205) is set for hearing on **Monday, October 15, 2007, at 8:00 a.m.** before Magistrate Judge Watanabe.  At this hearing the Plaintiff **MUST** be present, in person, along with her counsel, Craig M. Cornish.  Plaintiff's co-counsel, Ian David Kalmanowitz may be present but is not required to be present for this hearing.   Defendant **MUST** have a client representative present , in person, along with counsel Lori R. Miskel.  Defendant's co-counsel, Emily Kathleen Wilson may be present but is not required to be present for this hearing;

4. That Plaintiff's Motion to Reconsider Previous Discovery of the Magistrate Judge, Based on New Evidence and/or Supplemental Information of Objection to Rulings on Motions to Compel (docket no. 208) is set for hearing on **Tuesday, October 16, 2007, at 8:00 a.m.** before Magistrate Judge Watanabe.  At this hearing the Plaintiff **MUST** be present, in person, along with her counsel, Craig M. Cornish.  Plaintiff's co-counsel,

       Ian David Kalmanowitz may be present but is not required to be present for this hearing.  Defendant **MUST** have a client representative present, in person, along with counsel Lori R. Miskel.  Defendant's co-counsel, Emily Kathleen Wilson may be present but is not required to be present for this hearing;

5.    That Plaintiff's Second Motion for Additional Discovery to Prove Unlawful Spoliation of Electronically Stored Information (ESI) (docket no. 214) is set for hearing on **Wednesday, October 17, 2007, at 8:00 a.m.** before Magistrate Judge Watanabe.  At this hearing the Plaintiff **MUST** be present, in person, along with her counsel, Craig M. Cornish.  Plaintiff's co-counsel, Ian David Kalmanowitz may be present but is not required to be present for this hearing.  Defendant **MUST** have a client representative present, in person, along with counsel Lori R. Miskel.  Defendant's co-counsel, Emily Kathleen Wilson may be present but is not required to be present for this hearing;

6.    That Plaintiff's Motion to Compel Responses to 2006 and 2007 Discovery Requests that have not be Denied by Previous Discovery Rulings Based on Newly Discovered Evidence (docket no. 220) is set for hearing on **Thursday, October 18, 2007, at 8:00 a.m.** before Magistrate Judge Watanabe.  At this hearing the Plaintiff **MUST** be present, in person, along with her counsel, Craig M. Cornish.  Plaintiff's co-counsel, Ian David Kalmanowitz may be present but is not required to be present for this hearing.  Defendant **MUST** have a client representative present, in person, along with counsel Lori R. Miskel.  Defendant's co-counsel, Emily Kathleen Wilson may be present but is not required to be present for this hearing;

7.    That Plaintiff's Motion to Seal Plaintiff's Reply to City's Response to Motion to Reconsider Ruling that May 2005 Memo was Protected by the Work Product Privilege (docket no. 244) is **GRANTED**.  The Reply to City's Response to Motion to Reconsider Ruling that May 2005 Memo was Protected by the Work Product Privilege (docket nos.246 and 243) is **SEALED** until further Order of Court ; and,

8.    That Defendant City of Colorado Springs' Motion to File Rebuttal Expert Reports Pursuant to Fed. R. Civ. P. 26(A)(2) (docket no. 239) is **GRANTED.**  The Defendant City of Colorado Springs shall have up to and including November 9, 2007, to file its rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

Date: September 26, 2007