# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01142-WDM-MJW            FTR

**Date:**  October 15, 2007                                      Shelley Moore, Deputy Clerk

KARYN S. PALGUT,                                                  Ian D. Kalmanowitz

                Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,                              Lori R. Miskel

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 7:59 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.  Fire Chief Manuel Navarro is present.

**ORDERED:**  Unopposed Motion to Excuse Craig Cornish from Appearance (document 259) is DENIED as moot.

**ORDERED:**  This week's motions hearings (October 15-18, 2007, at 8:00 a.m.) are VACATED and RESET as follows.
- October 15, 2007, at 8:00 a.m. (DN 205) is RESET to October 29, 2007, at 8:00 a.m.
- October 16, 2007, at 8:00 a.m. (DN 208) is RESET to October 30, 2007, at 8:00 a.m.
- October 17, 2007, at 8:00 a.m. (DN 214) is RESET to October 31, 2007, at 8:00 a.m.
- October 18, 2007, at 8:00 a.m. (DN 220) is RESET to November 1, 2007, at 8:00 a.m.

**ORDERED:**  Plaintiff shall be present, in person, for the above listed hearings with counsel Craig Cornish.  Defendant's representative shall be present, in person, with counsel Lori Miskel.  Co-counsel may participate, but are not required to do so.

**Court in recess 8:03 a.m.**
Total In-Court Time 0:04, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.