IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

## ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

In a Minute Order issued eighteen days ago, on September 26, 2007, this court set motion hearings in this case at 8:00 a.m. each day this week starting this morning. In that Minute Order, this court, *inter alia*, specifically directed that "[a]t this hearing the Plaintiff **MUST** be present, in person, along with her counsel, Craig M. Cornish. Plaintiff's co-counsel, Ian David Kalmanowitz may be present but is not required to be present for this hearing." (Docket No. 251) (emphasis by underscore added).

Despite this clear language, attorney Craig M. Cornish failed to appear as directed. Instead, on Friday, October 12, 2007, **at 7:24 p.m.**, which was well after the court's official close of business for the week, plaintiff, through Ian D. Kalmanowitz, Esq., filed an Unopposed Motion to Excuse Craig Cornish's Attendance at Hearings

2

Scheduled For the Week of October 15, 2007. (Docket No. 259). Filed with that motion is the purported Affidavit of Gary Klein, M.D. (Docket No. 259-2), which contains merely an "s/" signature and is not notarized. Pursuant to section V(C)(6) of the Electronic Case Filing Procedures (Civil Cases), Version 2.0, for this District, by filing such a document, "the filer certifies that the document has been signed by all necessary people, including affiant and notary if applicable, that the ink-signed version exists, and that the document will be available in the filer's office for inspection." Furthermore, upon request by the court, the original document must be made available for inspection. In addition, pursuant to section V(F), "[w]hen a . . . motion requiring immediate attention has been presented, the filer shall call the clerk's office at 303-844-3433 to notify the court of such filing." The court was not so notified, nor was chambers otherwise alerted to the late filing of this motion which concerned a matter set to begin when court officially opened for business today.

The purported affidavit of Dr. Klein states that "Craig Cornish has recently experienced severe hypertension" and "is being monitored for that condition," and the doctor has "restricted him from work and all stressful activities for seven days and until he is reevaluated." (Docket No. 259-2, ¶¶ 4-6). The doctor also purportedly opined that Craig Cornish "should be excused from all Court appearances during the week of October 15, 2007." (Docket No. 259-2, ¶ 7). There is no indication in the motion or the purported affidavit, however, as to when Mr. Cornish was placed under such restrictions.

In view of the above, it is hereby

3

**ORDERED** that **within thirty (30) minutes of the filing of this Order**, attorney Ian David Kalmanowitz or his designee shall send to this court's chambers by fax at (303) 335-2199 a copy of the original Affidavit of Gary Klein, M.D., which bears the signatures of Dr. Klein and the notary.  It is further

**ORDERED** that by 12:00 noon on Friday, October 19, 2007, plaintiff's counsel shall file with the court under seal for *in camera* inspection a copy of the relevant portion(s) of Craig M. Cornish's medical record which indicates when Dr. Gary Klein imposed restrictions upon Mr. Cornish that prevented Mr. Cornish from appearing before this court each weekday morning at 8:00 a.m. for motions hearings during the week of October 15, 2007.  It is further

**ORDERED** that a copy of this Order shall be sent to Cornish & Dell'Olio by fax to (719) 475-1264.

Date:  October 15, 2007  
       Denver, Colorado

s/Michael J. Watanabe  
Michael J. Watanabe  
United States Magistrate Judge