# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01142-WDM-MJW               FTR

**Date:**  October 29, 2007                            Shelley Moore, Deputy Clerk

KARYN S. PALGUT,                                       Craig M. Cornish
                                                       Ian D. Kalmanowitz
           Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,                              Lori R. Miskel

           Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:00 a.m.**

Court calls case. Appearances of counsel. Plaintiff is present. Fire Chief Manuel Navarro and Steve Harris are present with Defendant.

**ORDERED:**  The Stipulated Motion of the Parties Re: Outstanding Discovery Motions Pending Before the Magistrate Judge (DN 283) is **GRANTED** and made an order of the Court. (See written order dated October 29, 2007.)

The Court notes that based upon the acceptance of the stipulation of the parties (DN 283), the only remaining issue of the Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, And Supplemental Information in Support of Objections to the Ruling of April 27, 2007 (DN 205), is the issue of attorney fees and costs.

8:04 a.m.   Mr. Cornish presents argument on the remaining issue of attorney fees and costs related to the Motion to Reconsider Ruling (DN 205).

8:14 a.m.   Ms. Miskel presents responsive argument.

8:22 a.m.   Mr. Cornish presents rebuttal argument.

**ORDERED:**  The remaining issue of attorney fees and costs related to the Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, And Supplemental Information in Support of Objections to the Ruling of April 27, 2007 (DN 205) is **TAKEN UNDER ADVISEMENT**. The Court will issue an oral ruling on this motion at tomorrow's motion hearing.

**ORDERED:** The portion of today's hearing concerning this Court's October 15, 2007 Order (DN 265) is VACATED, as subsequent related motions have been filed, and the issues hinge upon rulings to be made by Judge Miller.

Counsel discuss with the Court Plaintiff's availability for deposition.

**ORDERED:** The Unopposed MOTION to Amend/Correct/Modify Scheduling Order (DN 272) is **GRANTED** as follows.
- Discovery is extended to December 31, 2007. All depositions shall be completed by that date.
- Plaintiff Palgut's deposition shall be taken on November 16, 2007, at 9:00 a.m.
- Steve Newberg's deposition shall be taken on December 10, 2007, at 9:00 a.m.
- Patricia Pacey's deposition shall be taken on December 17, 2007, at 9:00 a.m.
- Brian Brauers deposition shall be taken on December 20, 2007, at 9:00 a.m.
- Dr. Robert Bardwell's deposition shall be taken on November 21, 2007, at 9:00 a.m.
- Lynne Eisaguirre's deposition shall be taken on November 28, 2007, at 9:00 a.m.
- As to witness Deborah Prior, who is located in California, counsel shall meet and confer by November 15, 2007, to set her deposition.
- The dispositive motion deadline is extended to January 31, 2008.
- The **Final Pretrial Conference** set on November 6, 2007 is VACATED and RESET to **May 1, 2008, at 8:30 a.m.** The proposed Final Pretrial Order is due by April 28, 2008.

Counsel are reminded that tomorrow the Court will hear argument on Plaintiff's Motion to Reconsider Previous Discovery Rulings of the Magistrate Judge, Based on New Evidence And/or Supplemental Information in Support of Objections to Rulings on Motions to Compel (DN 208).

**Court in recess 8:42 a.m.**
Total In-Court Time 0:42, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.