IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,
Plaintiff,

v.

CITY OF COLORADO SPRINGS,
Defendant.

## Plaintiff's Proposed Omnibus Orders on Pending Discovery Motions (Docket No. 283)

Based on motions, briefs, exhibits, stipulations and argument, the Court enters the following **Orders:**

I.  **Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, And Supplemental Information in Support of Objections to the Ruling of April 27, 2007, Doc. 205:**

All orders sealing the May 2, 2005 Memo are vacated. Page 6 of the Order (Doc. 145) is amended by deleting the phrase: "Plaintiff is prohibited from using or referring to the 'May 2, 2005, Memo.'"

II.  **Plaintiff's Motion to Reconsider Previous Discovery Rulings of the Magistrate Judge, Based on New Evidence And/or Supplemental Information in Support of Objections to Rulings on Motions to Compel, Doc. 208:**

The City will make the following documents available to inspection and copying by Plaintiff no later than the dates listed below:

**Calendars:** On Monday, October 29, 2007, the City will produce for inspection and copying by the Plaintiff (hereafter "produce") in native electronic format the full Outlook calendaring information relating to the calendars already produced for: Lorne

1

Kramer, Andre Sodbinow, Bev Harms, Ann Crossey, Stacey Gatto, Anthony Seeley, Pam Butler, Louise Garcia, Chief Navarro, Ted Collas, Steven Cox, David Vitwar, LaTrelle Easterling-Miller, Manuela Fadely, Steve Harris, Kent Matthews, C.J. Nauert, Rich Brown, Robert Burton, Steve Schopper, Julie Stone, Tom Wrobel, and William Wallace.

**Web Pager logs:** By February 1, 2008, the City will produce any Web Pager logs it have not already produced reflecting communication between January 1, 2004 and December 21, 2004, by conducting a paper and electronic search for them. The electronic search may be conducted during the search ordered in the section below addressing Email and Digital or Electronic Documents in Native Format. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Email and Digital or Electronic Documents in Native Format:**

The City will conduct electronic searches of electronically stored information (ESI), from the date of January 1, 2004 through March 1, 2005, that relate directly or indirectly to the operation of the CSFD Training Academy, under the following terms:

    1. The information searched will pertain to created, maintained, sent, or received from the following classes or individuals:

- Fire Department Command (including but not limited to Chief Navarro, Deputy Chief Weller, Deputy Chief Raider, Deputy Chief Cox, and any secretarial or administrative staff working for the Chiefs);

- Fire Department Human Resources Staff (including but not limited to Manuela Fadely, Cassie Beckey, LaTrelle Miller-Easterling, Marisa Walker, Kent Matthews, any other CSFD officers assigned to HR during

2

the relevant time period, and any analysts, secretarial or administrative staff assigned to the department);

- Fire Department Fiscal, Information, and Planning Department Staff (including but not limited to Nina Rikowski, Steve Harris, Tom Wrobel, William Wallace, and any other secretarial or administrative staff assigned to the department);

- Fire Department Training Division Staff (including but not limited to Battalion Chief Brown, Captain Collas, Lieutenant Vitwar, Julie Stone, C.J. Nauert, Anthony Seeley, Robert Burton any other members of the Training Staff or Training Cadres during the relevant period of time, and any secretarial or administrative staff assigned to the department);

- City Human Resources Staff (including but not limited to Ann Crossey, Violet Heath, and any other secretarial or administrative staff assigned to the department);

- City Information Technology Staff (including but not limited to Andre Sodbinow and any secretarial or administrative staff assigned to the department);

- Trainees attending the 2004-2 CSFD Training Academy.

2. The searches will be limited to key word search of five words or terms agreed upon by the parties.

3. The electronic devices that will be the target of the searches are the following:

- The CSFD Exchange Server 5.5 and the City Exchange Server 2003;

- Local hard drives of computers (including .pst files) used by the foregoing classes and individuals, so long as the hard drives used in 2004-March 1, 2005 are still being used by those classes and individuals. The City will also provide Plaintiff with a list of those hard drives that were used by any of the foregoing classes or individuals during that time frame but are not being searched, the reason why they are not being searched, and where they are located today; and

- The file servers of the CSFD and City.

4. Upon completion of the foregoing searches, the City will provide Plaintiff with a detailed, technical description of what was searched, when it was searched, and how it was searched.

5. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Prior training academy files**

The City will produce the training academy files from January 1, 1999 through the present in native format if reasonably accessible, and if not in searchable .pdf format by Monday, October 29, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Personnel files of graduates of CSFD training academies**

The City will produce the portions of personnel files of individuals who have graduated from training academies since January 1, 1999 that relate to performance evaluations, disciplinary/counseling/corrective actions, and promotions and commendations by Monday, October 29, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Documents relating to failure to hire and the FCRA claim**

The City will supplement its responses to these discovery requests by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

### Video of training academies

The City will provide all video from CSFD training academies in its possession, custody, or control by December 15, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

### Electronic preservation efforts by the City

The City will serve a supplemental response to this request by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

III. **Plaintiff's Motion to Compel Responses to 2006 and 2007 Discovery Requests that have not been Denied by Previous Discovery Rulings Based on Newly Discovered Evidence, Doc. 220:**

### Information about videotaping during the training academy

The City will provide a supplemental response to this discovery request by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or

indentified, the response will contain a description of the efforts made to locate the requested information.

### Information about calendars used by CSFD employees

The City will, by Monday, October 29, 2007, produce in native electronic format the full Outlook calendaring information relating to the calendars already produced. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

### Information about the documents and data used to create Excel spreadsheet summaries that have been produced

The City will provide a supplemental response to this discovery request by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

### Definitions of symbols and codes contained in the spreadsheets that have been produced

The City will produce the requested information regarding certain spreadsheets containing headings or other codes by Monday, October 26, 2007 that were identified in emails to the City's attorney dated October 11, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

### Notes made by CSFD employees during the application screening process

The City will serve a supplemental response to this discovery request by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Information about ESI created or maintained by Richard Kramer**

The City will provide a supplemental response to this discovery request by Friday, October 26, 2007. The result of such searches will be served by way of a supplemental response. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

**Incomplete responses to discovery requests**

- The City will provide by Friday, October 26, 2007, a supplemental response to Plaintiff's request for Kristen Johnson's April 2004 training academy file, including the Daily Trainer Notes.

- The City will serve a supplemental response to Plaintiff's request for non-redacted payroll documents related to Richard Kramer a supplemental response by Friday, October 26, 2007.

- The City will serve a supplemental response to Plaintiff's request for the conditional and final employment offer letters from the 2004-2 Training Academy by Friday, October 26, 2007.

- The City will serve a supplemental response to Plaintiff's request for Palgut's job applications by Friday, October 26, 2007.

- The City will serve a supplemental response to Plaintiff's request for the applicant files of Boyer, Spencer, and Wyman by Friday, October 26, 2007.

- The City will serve a supplemental response to Interrogatory 38 by Friday, October 26, 2007. In the event that no documents or information are produced or indentified, the response will contain a description of the efforts made to locate the requested information.

IV.  **Requests for Expenses, Attorneys Fees, and Sanctions**

All of Plaintiff's requests for expenses, attorneys' fees, and sanctions related to the relief requested in Docs. 205, 208, and 220 will be addressed by the Court at a later time.

October 29, 2007
Date

Michael J. Watanabe
Magistrate Judge, United States
District Court for the District of Colorado