# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01142-WDM-MJW          FTR

**Date:**  October 30, 2007                        Shelley Moore, Deputy Clerk

KARYN S. PALGUT,                                   Craig M. Cornish
                                                   Ian David Kalmanowitz
                    Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,                          Lori R. Miskel

                    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:01 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.  Defendant's representative, Steve Harris, is present.

Based upon the stipulation of the parties (DN 283), only the issue of attorney fees and costs remains pending in the Plaintiff's Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, And Supplemental Information in Support of Objections to the Ruling of April 27, 2007 (DN 205).

**ORDERED:**    As currently postured, the Plaintiff's Motion to Reconsider Ruling that May 2, 2005 Memo was Protected by the Work Product Privilege, And Supplemental Information in Support of Objections to the Ruling of April 27, 2007 (DN 205) is **GRANTED IN PART and DENIED IN PART**.  The motion is **granted** in that the May 2, 2005 memo shall be UNSEALED.  The restricted use of memo by Plaintiff is removed.  The motion is **denied** as to the request for attorney fees and costs.  The parties shall pay their own attorney fees and costs.

8:11 a.m.       Mr. Cornish presents argument on Plaintiff's Motion for Reconsideration of Previous Discovery Rulings (Docs 55, 91, 92, and 145) Based on New Evidence (DN 208).

The Court will allow Defendant to present responsive argument at tomorrow's motion hearing.

**Court in recess 9:03 a.m.**
Total In-Court Time 1:02, hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.