# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01142-WDM-MJW                FTR

**Date:**  October 31, 2007                               Shelley Moore, Deputy Clerk

KARYN S. PALGUT,                                          Craig M. Cornish
                                                          Ian D. Kalmanowitz
                Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,                                 Lori R. Miskel

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 7:59 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.  Defendant representative Steve Harris is present.

Yesterday the Court heard argument by Plaintiff on the Motion for Reconsideration of Previous Discovery Rulings (Docs 55, 91, 92, and 145) Based on New Evidence (DN 208).  The Court continues argument on this motion today.

| | |
|---|---|
| 8:01 a.m. | Mr. Cornish makes states that yesterday he mis-spoke on a few items.  He clarifies those items. |
| 8:36 a.m. | Ms. Miskel presents responsive argument. |
| 9:22 a.m. | The Court makes inquiries of Ms. Miskel, and of Defendant's IT specialist, Steve Harris. |
| 9:50 a.m. | Mr. Cornish presents rebuttal argument. |

Both counsel refer to Defendant's supplemental answers dated October 26, 2007, and Defendant's responses to Plaintiff's third set of interrogatory requests dated October 29, 2007.

**ORDERED:**  Counsel may submit any legal authority in relation to this motion (DN 208) by November 1, 2007.

**ORDERED:**  The Plaintiff's Motion for Reconsideration of Previous Discovery Rulings (Docs 55, 91, 92, and 145) Based on New Evidence (DN 208) is **taken under advisement**.

**Court in recess 10:03 a.m.**
Total In-Court Time 2:04, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.