**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  06-cv-01142-WDM-MJW              FTR

**Date:**  November 1, 2007                            Shelley Moore, Deputy Clerk

KARYN S. PALGUT,                                       Craig M. Cornish
                                                       Ian D. Kalmanowitz
               Plaintiff(s),

v.

CITY OF COLORADO SPRINGS,                              Lori R. Miskel

               Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**Court in Session 8:09 a.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.  Defendant's representative Steve Harris is present.

8:10 a.m.     Mr. Cornish presents simultaneous argument on Plaintiff's Second Motion for Additional Discovery to Prove Unlawful Spoliation of Electronically Stored Information (ESI) (DN 214), and Plaintiff's Motion to Compel Responses to 2006 and 2007 Discovery Requests that Have Not Been Denied by Previous Discovery Rulings Based on Newly Discovered Evidence (DN 220).

8:21 a.m.     Ms. Miskel presents responsive argument on both of the above motions.

8:38 a.m.     The Court makes inquiries of Ms. Miskel.

Defendant's tender to the Court Defendant's Exhibits 1 and 2.

8:40 a.m.     Mr. Cornish presents rebuttal argument on both motions.

**ORDERED:**     Plaintiff's Second Motion for Additional Discovery to Prove Unlawful Spoliation of Electronically Stored Information (ESI) (DN 214) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:**     Plaintiff's Motion to Compel Responses to 2006 and 2007 Discovery Requests that Have Not Been Denied by Previous Discovery Rulings Based on Newly Discovered Evidence (DN 220) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:**   Counsel may submit supplemental briefs on the above motions (DN 214 and DN 220) by November 5, 2007, at 5:00 p.m.

**ORDERED:**   Counsel are granted an extension of time, up to and including by November 5, 2007, at 5:00 p.m., to submit additional legal authority on the Plaintiff's Motion for Reconsideration of Previous Discovery Rulings (Docs 55, 91, 92, and 145) Based on New Evidence (DN 208).

**Court in recess 8:46 a.m.**
Total In-Court Time 0:43, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.