IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,

Defendant.

---

( Docket No. 304 )

### ORDER TO VACATE DEPOSITION OF KARYN S. PALGUT SCHEDULED FOR NOVEMBER 16, 2007 AND RESCHEDULE TO NOVEMBER 27, 2007

---

Based on the joint motion to vacate the deposition of Plaintiff Karyn S. Palgut, filed by the parties on November 14, 2007, the Court enters the following order:

1.   The deposition of Plaintiff currently scheduled for Friday, November 16, 2007 (per Courtroom Minutes/Minute Order dated October 29, 2007, Doc. No. 288) is vacated.

2.   The deposition of Plaintiff Karyn S. Palgut is rescheduled to Tuesday, November 27, 2007, beginning at 9:00 am.

Dated this 14th day of November 2007.

_____
Michael J. Watanabe
Magistrate Judge, United States
District Court for the District of Colorado