IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby ORDERED the Plaintiff's Third Motion for Extension of Time to File Supplemental Brief and Authorities (Docket No. 301) is DENIED.  Plaintiff has already filed an extremely lengthy Brief and Supplemental Authority on Pending Motions along with 25 exhibits (Docket No. 298).  On November 13, 2007, this court granted plaintiff's second motion for extension of time (Docket Nos. 296 and 300), which resulted in Docket No. 298 being timely filed.  That second extension did not open the door for plaintiff to file yet another brief and supplemental authority.  It is further

ORDERED Defendant's Motion to Strike (Docket No. 303) is denied.  Despite its excessive length, plaintiff's Brief and Supplemental Authority (Docket No. 298) will not be stricken.  Further, based on the ruling above, defendant's request that the court strike plaintiff's third motion for extension of time is moot.

Date:  November 15, 2007