IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for leave to file a brief (doc. no. 323) is granted.

Dated: December 26, 2007

                                          s/ Jane Trexler, Judicial Assistant