IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

It is hereby **ORDERED** that the Motion for Leave to File Reply to Karyn Palgut's Oppositions to Motion to Withdraw, DN 335, filed with the Court on January 7, 2008, is GRANTED.

Date: January 9, 2008