# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-01142-WDM-MJW | FTR |
| **Date:** February 11, 2008 | Shelley Moore, Deputy Clerk |
| KARYN S. PALGUT, | Craig M. Cornish |
| | Ian David Kalmanowitz |
| Plaintiff(s), | |
| v. | |
| CITY OF COLORADO SPRINGS, | Lori R. Miskel |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:35 a.m.**

Court calls case. Appearances of counsel. Also present is Steven Harris, defendant's representative.

The Court is hearing argument today on Craig M. Cornish's Motion to Withdraw (DN 314), Ian D. Kalmanowitz's Motion to Withdraw (DN 316), and Plaintiff's Fourth Motion to Compel (DN 328).

Plaintiff, Ms. Palgut, makes Oral Motion for Sequestration of Defendant.

**ORDERED:** Ms. Palgut's Oral Motion for Sequestration of Defendant is DENIED.

Plaintiff's Motion for Ms. Dell'Olio to Specially Enter an Appearance to Conduct Examination. Defendant has no objection.

**ORDERED:** Plaintiff's Motion for Ms. Dell'Olio to Specially Enter an Appearance to Conduct Examination is DENIED.

The Court takes up Ian D. Kalmanowitz's Motion to Withdraw (DN 316).

| | |
|---|---|
| 8:42 a.m. | Plaintiff calls attorney Ian Kalmanowitz. Witness is sworn. Direct exam in narrative form. |
| 8:51 a.m. | Cross exam by Ms. Miskel. |

No cross exam by Plaintiff Palgut.
No redirect exam.
Witness Kalmanowitz is excused.

Mr. Kalmanowitz calls Plaintiff Palgut.

8:52 a.m.     Plaintiff Palgut is called and sworn. Direct exam.

Ms. Palgut does not have any responsive testimony.
Witness Palgut is excused.
Mr. Kalmanowitz rests.

The Court takes up Craig M. Cornish's Motion to Withdraw (DN 314).

9:00 a.m.     Plaintiff calls attorney Craig M. Cornish. Witness is called and sworn. Direct exam in narrative form.

No cross by Defendant.
No cross by Plaintiff Palgut.
Witness Cornish is excused.
Mr. Cornish rests.

9:04 a.m.     Plaintiff Palgut calls William Kopper. Witness is called and sworn. Direct exam by Ms. Palgut.

No cross by Defendant.

9:09 a.m.     Cross exam by Mr. Kalmanowitz.

Plaintiff's Exhibits 1, 2, 3 are tendered.

9:20 a.m.     Cross exam by Mr. Cornish.

9:21 a.m.     Redirect exam by Ms. Palgut.

9:23 a.m.     Recross by Mr. Kalmanowitz.

Palgut's Exhibit A is tendered.

No recross by Mr. Cornish.

9:29 a.m.     The Court questions the witness under Federal Rule of Evidence 614.

9:31 a.m.     Further redirect exam by Ms. Palgut.

No further questions by Mr. Kalmanowitz or Mr. Cornish.

9:35 a.m.     Plaintiff Palgut wishes to testify on her own behalf.  Witness is sworn.  Direct exam in narrative form.

Plaintiff Palgut's Exhibit A and Plaintiff's Exhibits 1, 2, 3, and 4 are offered.  No objections.
Palgut's Exhibit A and Plaintiff's Exhibits 1, 2, 3, and 4 are ADMITTED.

No cross by Defendant or by Mr. Kalmanowitz or Mr. Cornish.
Witness excused.

9:38 a.m.     Plaintiff calls Alexander Rothrock.  Witness called and sworn.  Direct exam by Ms. Palgut.

Ms. Palgut offers Mr. Rothrock as an expert.
Mr. Kalmanowitz presents his objections.
Mr. Cornish presents his objections.
Objections are overruled.

No cross exam by Defendant.

9:50 a.m.     Cross exam by Mr. Kalmanowitz.

Witness is directed to Plaintiff's Exhibits 1 and 3.

10:19 a.m.    Cross exam by Mr. Cornish.

Ms. Palgut has no redirect.
Witness is excused.

Plaintiff Palgut rests.
Neither Mr. Kalmanowitz nor Mr. Cornish have rebuttal experts.

Mr. Cornish makes an Oral Motion to Adopt the Final Arguments of Mr. Kalmanowitz for Himself.

**ORDERED:**   Mr. Cornish's Oral Motion to Adopt the Final Arguments of Mr. Kalmanowitz for Himself is GRANTED.

10:38 a.m.    Mr. Kalmanowitz presents final remarks on behalf of himself and Mr. Cornish.

10:42 a.m.    Mr. Cornish presents statements of clarification.

10:43 a.m.    Ms. Palgut presents final remarks.

No final argument by either Mr. Kalmanowitz or Mr. Cornish.

**ORDERED:**   Craig M. Cornish's Motion to Withdraw (DN 314) is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** Ian D. Kalmanowitz's Motion to Withdraw (DN 316)  is **TAKEN UNDER ADVISEMENT**.

10:48 a.m. Mr. Cornish presents argument on Plaintiff's Fourth Motion to Compel (DN 328).

10:55 a.m. Ms. Miskel presents responsive argument.

**ORDERED:** Plaintiff's Fourth Motion to Compel (DN 328) is  **TAKEN UNDER ADVISEMENT**.

**Court in recess 10:57 a.m.**
Total In-Court Time 2:22, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.