IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

## MINUTE ORDER

It is hereby **ORDERED** that Plaintiff's Motion to Compel (docket no. 328) is **DENIED** for failure to comply with D.C.COLO.LCivR 7.1A. A hearing on motions was held on February 11, 2008, before Magistrate Judge Watanabe. At this hearing, Plaintiff's counsel, Craig Cornish, admitted in open court to Magistrate Judge Watanabe based upon inquiry by Magistrate Judge Watanabe that he did not even attempt to contact opposing counsel concerning the subject motion (docket no. 328) before filing such motion with the court. Moreover, Mr. Cornish admitted that he was aware of Local Rule 7.1A, but he nevertheless intentionally and blatantly disregarded Local Rule 7.1A. This is just another example of how Mr. Cornish has unnecessarily expanded this case.

It is **FURTHER ORDERED** that Mr. Cornish, personally, shall pay to Defendant their reasonable and necessary attorney fees and costs for having to respond to the subject motion (docket no. 328) pursuant to Fed. R. Civ. P. 16(f)(1)(C) and (2). This court notes that the Joint Scheduling Order (docket no. 31) was entered as an Order of this Court on October 20, 2006. Paragraph 12 in the Joint Scheduling Order (docket no. 31) states, in pertinent part: "With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1A." The parties are to forthwith meet and confer and determine if they can agree upon the amount of such attorney fees and costs. If the parties can agree, then the parties shall file their stipulated motion outlining the stipulated amount of attorney fees and costs on or before February 25, 2008. If the parties cannot agree, then Defendant shall file its itemized affidavit for attorney fees and costs on or before February 25, 2008. Plaintiff shall have up to and including March 5, 2008, to file any response to Defendant's itemized affidavit for attorney fees and costs.

Date: February 13, 2008