IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

    It is hereby **ORDERED** that Defendant's "MOTION TO WITHDRAW BILL OF COSTS (docket no. 352) AND TO WITHDRAW NOTICE OF HEARING FOR DEFENDANT'S BILL OF COSTS (docket no. 353)" **(Docket No. 355)** is granted. Accordingly, Docket Nos. 352 and 353 are deemed withdrawn. Furthermore, under the circumstances, the court finds that defendant's "AFFIDAVIT FOR BILL OF COSTS PURSUANT TO MINUTE ORDER, DATED FEBRUARY 13, 2008 (docket no. 347)" **(Docket No. 354)** has been timely filed.

Date: February 27, 2008