IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Counsel's Motion for Leave to File Amended Motion to Withdraw (docket no. 348) is GRANTED. The Amended Motion to Withdraw (docket no. 348-2) is accepted for filing today.

Date: March 19, 2008