IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Craig M. Cornish and Ian D. Kalmanowitz, Esq.'s Motion for Stay (docket no. 368) is DENIED. The court agrees with Plaintiff herself, as outlined in Plaintiff Palgut's written response (docket no. 372), that any further delay in this case is prejudicial to Plaintiff Palgut. I find no basis to stay this case.

It is further ORDERED that counsel for Plaintiff shall forthwith serve a copy of this Minute Order upon Plaintiff Karen S. Palgut.

Date: April 22, 2008