IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   06-cv-01142-WDM-MJW

KARYN S. PALGUT,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS,

      Defendant.
_____

## ORDER TO PRODUCE
_____

      In response to my Order to Show Cause why Plaintiff's counsel, Craig Cornish, should not be held in contempt (Doc. No. 396), Dennis W. Hartley, on behalf of Mr. Cornish, filed a Verified Response under seal which included copies of Cornish's medical records with numerous redactions.  In particular, the progress notes of Dr. Gary J. Klein for October 11, 2007, and October 23, 2007, appear to indicate limitations on working but have redactions which may or may not relate to those limitations.  In order to resolve this matter it is necessary that those specific sheets be submitted under seal without any redactions.

      It is therefore ordered that, on or before April 21, 2009, Mr. Cornish shall submit

PDF FINAL

under seal for *in camera* review the unredacted progress notes of Dr. Gary J. Klein for the dates of October 11 and October 23, 2007, previously submitted with redactions as pages 42, 43, and 44 of doc. no. 402-2, filed April 8, 2009.

DATED at Denver, Colorado on April 13, 2009

BY THE COURT:

s/ Walker D. Miller
United States District Judge