IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1142-WDM-MJW

KARYN S PALGUT,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,

    Defendant.

---

**Order re: Joint Motion to Vacate Hearing**
(Docket No 407)

---

    This matter comes before the Court on the joint motion of the parties to vacate the hearing set by the Court's Minute Order (Doc. 392) for Monday, April 20, 2009 at 1:30 p.m. The Court, having reviewed the Joint Motion, and being fully advised, finds that the parties have resolved the matter to be addressed at the hearing. Therefore, good cause exists for granting the relief requested.

    IT IS THEREFORE ORDERED that because the parties have resolved the issue addressed in Doc. 392, the hearing to address that matter set for Monday, April 20, 2009 at 1:30 p.m. is vacated.

DATED this 20th day of April, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO