IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   06-cv-01142-WDM-MJW

KARYN S. PALGUT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

**ORDER DENYING MOTION TO RECONSIDER**
_____

    This matter is before me on Defendant's Motion to Reconsider my Order to Produce *in camera* and under seal.  Counsel advises that the continued redactions, which are in violation of my order, are "sensitive" and "not pertinent to the issues presented".   Given that previous redactions may well pertain to the issues of this case, I will deny the order with the observation that the material will be seen only by me and not disclosed.

    Accordingly, the motion is denied and Mr. Cornish and Mr. Hartley are ordered to produce the unredacted notes immediately.

    DATED at Denver, Colorado, on April 20, 2009.

                                                BY THE COURT:

                                                s/ Walker D. Miller
                                                United States District Judge

PDF FINAL