IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

Plaintiff,

v.

CITY OF COLORADO SPRINGS,

Defendant.

MINUTE ORDER

     It is hereby ORDERED that the City of Colorado Springs' Motion for an Order to Mediate, DN 427, filed with the Court on August 28, 2009, is GRANTED.  The parties shall participate in formal mediation before Magistrate Judge Watanabe on or before October 30, 2009.

     Further, it is ORDERED that on or before September 18, 2009, the plaintiff's counsel shall initiate a conference call to all parties (including their clients) for the purpose of setting a settlement conference date.  The court's telephone number is (303) 844-2403.

Date:  September 15, 2009