IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-01142-WDM-MJW

KARYN S. PALGUT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's Motion In Limine to exclude the testimony of Pam Butler and Nancy Gosch (Doc. No. 468). The Plaintiff has responded indicating that she will not be calling these witnesses during her case-in-chief but may call them as rebuttal witnesses. Being sufficiently advised in the premises, it is ordered that the Defendant's motion is granted without prejudice to Plaintiff calling either as a legitimate rebuttal witness.

    DATED at Denver, Colorado, on April 7, 2010.

                                               BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge