IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Ginny Kramer          Date: April 8, 2010
Court Reporter: Gwen Daniel

---

## Civil Action No.   06-cv-01142-WDM-MJW

Parties:                                Counsel:

KARYN S. PALGUT,                        Ian David Kalmanowitz
                                        Donna Dell-Olio

     Plaintiff,

vs.

                                        Steven Moore
COLORADO SPRINGS, CITY OF,              William Bain

     Defendant.

---

### COURTROOM MINUTES

---

**Hearing:   Telephonic Status Conference**

**1:46  p.m.     Court in session.**

Appearances of counsel.

Opening statements by the Court.

The Court gives its conclusions as to the Court's Order [#512], filed April 7, 2010.

Court and counsel discuss the Court's proposed Introductory Instructions.

 Court and counsel discuss the defendant's Motion in Limine to *Exclude the Report and Testimony of Patricia Pacey,* [#459].

Court and counsel discuss the issue of front pay and back pay.

Front pay evidence, if necessary, will be heard post trial.

The Court will allow evidence on the issue of back pay.

Statements to the Court by Mr. Moore, for the defendant.

Statements to the Court by Mr. Kalmanowitz, for the plaintiff.

Statements to the Court by Mr. Bain, for the defendant.

Statements to the Court by Ms. Dell-Olio, for the plaintiff.

Court and counsel discuss pending motions.

Court and counsel discuss the Court's proposed Introductory Jury Instructions.

The proposed Introductory Instructions are approved.

The parties advises the Court that they will be filing an amended joint exhibit list.

**It was ORDERED:**

1.  That the Defendant's Motion in Limine *to Exclude the Report and Testimony of Patricia Pacey,* [#459], filed March 24, 2010, is **granted in part and denied in part, as stated on the record.**

2.  That the Plaintiff's Motion in Limine *to Exclude the Specific Facts of Plaintiffs Criminal History,* [#439], filed March 12, 2010, is **taken under advisement.**

3.  That the Defendant's Motion in Limine *to Exclude the Report and Testimony of Brian Brauer,* [#461], filed March 24, 2010, is **taken under advisement.**

4.  That the Defendant's Motion in Limine *to Exclude the Report and Testimony of Robert Bardwell,* [#466], filed March 25, 2010, is **taken under advisement.**

5.  That the Defendant's Motion in Limine *to Exclude the Report and Testimony of Steven Neuberg,* [#473], filed March 26, 2010, **taken under advisement.**


**2:26 p.m.     Court in recess.**

Total in court time: 00:40 minutes
Hearing concluded.