IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | April 12, 2010 |
| Court Reporter: Kara Spitler | |

Civil Action No. 06-cv-01142-WDM-MJW

| Parties: | Counsel: |
|---|---|
| KARYN S. PALGUT, | Donna E. Dell'Olio |
| | Ian David Kalmanowitz |
| Plaintiff, | |
| v. | |
| CITY OF COLORADO SPRINGS, | |
| | Steven W. Moore |
| Defendant. | William B. Bain |

## COURTROOM MINUTES

Evidentiary Hearing

**9:35 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary statement.

Today's hearing on the following motions:

Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Brian Brauer (Filed 3/24/10; Doc. No. 461); Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Robert Bardwell (Filed 3/25/10; Doc. No. 466); and Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Steven Neuberg (Filed 3/26/10; Doc. No. 473).

Discussion regarding proposed witnesses appearing via telephone.

**9:51 a.m.**     **Court in recess.**

**10:04 a.m.**    **Court in session.**

10:05 a.m.    Plaintiff's witness, Brian Robert Brauer, called via telephone and sworn. Direct examination begins by Ms. Dell'Olio.

10:21 a.m.    Cross examination begins by Mr. Moore.

10:35 a.m.    Witness excused.

10:38 a.m.    Plaintiff's witness, Steven L. Neuberg, Ph.D, called via telephone and sworn.

10:39 a.m.    Direct examination begins by Ms. Dell'Olio.

10:58 a.m.    Cross examination begins by Mr. Moore.

11:17 a.m.    Redirect examination by Ms. Dell'Olio.

11:25 a.m.    Witness excused.

11:26 a.m.    Plaintiff's witness, Robert A. Bardwell, called and sworn. Direct examination begins by Ms. Dell'Olio.

11:44 a.m.    Questions by the Court.

11:48 a.m.    Cross examination begins by Mr. Moore.

12:04 p.m.    Redirect examination by Ms. Dell'Olio.

12:09 p.m.    Witness excused.

**ORDERED:**  **Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Brian Brauer** (Filed 3/24/10; Doc. No. 461); **Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Robert Bardwell** (Filed 3/25/10; Doc. No. 466); and **Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Steven Neuberg** (Filed 3/26/10;

    Doc. No. 473) are taken UNDER ADVISEMENT.

Discussion regarding witness schedule, proposed testimony time, and initial trial schedule.

**12:12 p.m. Court in recess.**
Hearing concluded.
Total time in court: 2 hours, 24 minutes.