# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Walker D. Miller

---

Courtroom Deputy: Bernique Abiakam
Court Reporter: Kara Spitler

April 13, 2010

---

Civil Action No. 06-cv-01142-WDM-MJW

Parties:

KARYN S. PALGUT,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS,

     Defendant.

Counsel:

Donna E. Dell'Olio
Ian David Kalmanowitz

Steven W. Moore
William B. Bain

---

## COURTROOM MINUTES

---

**Jury Trial Day 2**

**8:48 a.m.**     **Court in session.**

Counsel and parties present.

Comments and ruling by the Court regarding Motion in Limine (Doc. No. 461).

**ORDERED:**    **Defendant City of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Brian Brauer (Filed 3/24/10; Doc. No. 461) is GRANTED in PART and DENIED in PART, as specified.**

The Court advises counsel and parties that two jurors have stated concerns and issues about continuing their service.

9:01 a.m.     The Court questions the jurors.

9:04 a.m.     Questions by Ms. Dell'Olio.

9:06 a.m.     Juror Nos. 163776 and 164241 excused for cause.

Discussion regarding stipulation to trying the case to a jury of 6 or less if necessary.

**9:09 a.m.      Court in recess.**

**9:12 a.m.      Court in session.**

Mr. Moore advises the Court that the Defendant will not agree to a stipulation of trying the case to a jury of less than 6.

The Court advises counsel that the case will be declared as a mistrial if any other jurors are excused.

Further argument by Ms. Dell'Olio regarding a mistrial.

**ORDERED:   Plaintiff's Oral Motion To Declare an Immediate Mistrial and Pick a New Jury is DENIED.**

9:15 a.m.      Jury present.

9:16 a.m.      Opening statement by Mr. Kalmanowitz.

9:41 a.m.      Opening statement by Mr. Bain.

**10:06 a.m.    Court in recess.**

**10:34 a.m.    Court in session.**

Discussion regarding stipulation of video testimony.

10:37 a.m.     Jury present.

10:38 a.m.     Plaintiff's witness, Brian Robert Brauer, called and sworn.
               Direct examination begins by Ms. Dell'Olio.

10:47 a.m.     Voir dire by Mr. Moore.

Objection overruled.

10:55 a.m.     Continued direct examination by Ms. Dell'Olio.

11:11 a.m.     Questions by the Court.

11:12 a.m.     Continued direct examination by Ms. Dell'Olio.

12:02 p.m.      Jury excused.

**12:03 p.m.    Court in recess.**

**1:32 p.m.     Court in session.**

Discussion regarding witness testimony.

1:35 p.m.       Jury present

1:36 p.m.       Continued direct examination by Ms. Dell'Olio.

2:07 p.m.       Bench conference regarding objection to deposition testimony.

Ruling reserved by the Court.

2:10 p.m.       Continued direct examination by Ms. Dell'Olio.

2:43 p.m.       Bench conference regarding objection to witness testimony.

2:44 p.m.       Continued direct examination by Ms. Dell'Olio.

2:48 p.m.       Jury excused.

Discussion regarding exhibits.

**2:52 p.m.     Court in recess.**

**3:16 p.m.     Court in session.**

Discussion regarding stipulated exhibits.

3:18 p.m.       Jury present.

**Exhibits 79, 80, and 82 thru 88 are stipulated and admitted.**

3:19 p.m.       Continued direct examination by Ms. Dell'Olio.

3:34 p.m.       Cross examination begins by Mr. Moore.

3:49 p.m.       The Court admonishes counsel regarding objections.

3:50 p.m.       Continued cross examination by Mr. Moore.

4:21 p.m.      Redirect examination by Ms. Dell'Olio.

4:27 p.m.      Bench conference regarding objection to questions.

4:29 p.m.      Witness excused.

4:31 p.m.      Plaintiff's witness, Manuela Fadely, called and sworn.
               Direct examination begins by Mr. Kalmanowitz.

4:35 p.m.      Cross examination begins by Mr. Bain.

4:40 p.m.      Redirect examination by Mr. Kalmanowitz.

4:41 p.m.      Witness excused.

The Court admonishes Jury regarding case discussion.

4:42 p.m.      Jury excused.

The Court advises counsel that the plaintiff and all parties and witness should be formally addressed.

Counsel provide exhibits to the Court.

Discussion regarding witness order.

**4:45 p.m.      Court in recess.**
Trial continued
Total time in court: 5 hour, 33 minutes