**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Kara Spitler | April 14, 2010 |

Civil Action No. 06-cv-01142-WDM-MJW

| Parties: | Counsel: |
|---|---|
| KARYN S. PALGUT, | Donna E. Dell'Olio<br>Ian David Kalmanowitz |
| Plaintiff, | |
| v. | |
| CITY OF COLORADO SPRINGS, | |
| | Steven W. Moore |
| Defendant. | William B. Bain |

## COURTROOM MINUTES

**Jury Trial Day 3**

**8:59 a.m.    Court in session.**

Counsel and parties present.

Discussion regarding witness schedule and order.

Discussion and argument regarding anticipated cross examination.

Discussion and argument on Rule 37(c).

**ORDERED:   Defendant's Oral Motion For A Rule 37(c) Sanction is Denied.**

9:20 a.m.    Jury present.

9:21 a.m.    Plaintiff, Karyn S. Palgut, called and sworn.
             Direct examination begins by Mr. Kalmanowitz.

9:53 a.m.    Plaintiff's exhibit 6 offered.

Objection.

9:55 a.m.   Bench conference regarding Exhibit 6.

Objection to Plaintiff's Exhibit 6 SUSTAINED.

9:57 a.m.   Continued direct examination by Mr. Kalmanowitz.

**10:28 a.m.   Court in recess.**

**10:53 a.m.   Court in session.**

Plaintiff advises the Court regarding anticipated witness schedule.

The Court advises counsel that it spoke to the jury during break.

10:55 a.m.   Jury present.

10:56 a.m.   Continued direct examination by Mr. Kalmanowitz.

11:53 a.m.   Jury excused.

Discussion regarding exhibits related to Rule 404(b) issue.

**11:58 a.m.   Court in recess.**

**1:18 p.m.   Court in session.**

The Court advises counsel that it had a discussion with Juror No. 193143 regarding concerns.

**ORDERED:   Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Robert Bardwell (Filed 3/25/10; Doc. No. 466) is GRANTED.**

1:31 p.m.   Jury present.

1:32 p.m.   Continued direct examination by Mr. Kalmanowitz.

2:21 p.m.   Cross examination begins by Mr. Moore.

2:25 p.m.   Bench conference regarding Exhibit 200.

| | |
|---|---|
| 2:30 p.m. | Continued cross examination by Mr. Moore. |

**Exhibit 200 offered and admitted after redacted as specified.**

| | |
|---|---|
| 2:31 p.m. | Continued cross examination by Mr. Moore. |
| 2:34 p.m. | Bench conference regarding Exhibit 200. |
| 2:36 p.m. | Continued cross examination by Mr. Moore. |
| 3:01 p.m. | Jury excused. |
| **3:02 p.m.** | **Court in recess.** |
| **3:25 p.m.** | **Court in session.** |
| 3:26 p.m. | Jury present. |
| 3:27 p.m. | Continued cross examination by Mr. Moore. |
| 3:49 p.m. | Original deposition of Karyn S. Palgut tendered. |
| 3:50 p.m. | Continued cross examination by Mr. Moore. |
| 4:05 p.m. | Bench conference regarding cross examination questioning. |
| 4:07 p.m. | Continued cross examination by Mr. Moore. |
| 4:19 p.m. | Bench conference regarding cross examination questioning. |
| 4:25 p.m. | Continued cross examination by Mr. Moore. |

Objection.

| | |
|---|---|
| 4:26 p.m. | Bench conference regarding cross examination question. |

Overruled.

| | |
|---|---|
| 4:27 p.m. | Continued cross examination by Mr. Moore. |

**Exhibit 228 offered and admitted over objection.**

| | |
|---|---|
| 4:40 p.m. | Continued cross examination by Mr. Moore. |

4:42 p.m.       Jury excused.

Discussion regarding witness schedule.

**4:46 p.m.     Court in recess.**
Trial continued.
Total time in court: 5 hours, 39 minutes.