# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | April 15, 2010 |
| Court Reporter: Kara Spitler | |

Civil Action No. 06-cv-01142-WDM-MJW

| Parties: | Counsel: |
|---|---|
| KARYN S. PALGUT, | Donna E. Dell'Olio |
| | Ian David Kalmanowitz |
| Plaintiff, | |
| v. | |
| CITY OF COLORADO SPRINGS, | |
| | Steven W. Moore |
| Defendant. | William B. Bain |

## COURTROOM MINUTES

**Jury Trial Day 4**

**8:52 a.m.      Court in session.**

Counsel and parties present.

Discussion and argument regarding proposed expert witness.

**ORDERED:** Defendant City Of Colorado Springs' Motion In Limine To Exclude The Report And Testimony Of Steven Neuberg (filed 3/26/10; Doc. No. 473) is **DENIED.**

Discussion regarding mitigation issues tendered to the Court.

**9:13 a.m.      Court in recess.**

**9:18 a.m.      Court in session.**

Further discussion regarding witness testimony objection.

9:21 a.m.   Jury present.

9:22 a.m.   Plaintiff, Karyn S. Palgut, resumes the stand.
            Redirect examination by Mr. Kamanowitz.

9:31 a.m.   Witness excused.

9:32 a.m.   Plaintiff's witness, Steven Lawrence Neuberg, Ph.D, called and sworn.
            Direct examination begins by Ms. Dell'Olio.

9:43 a.m.   Dr. Neuberg offered and accepted as an expert in the area of social psychology and stereotyping.

Objection.  Overruled.

9:44 a.m.   Continued direct examination by Ms. Dell'Olio.

10:07 a.m.  Bench conference regarding objection to testimony.

Objection sustained.

10:10 a.m.  Continued direct examination by Ms. Dell'Olio.

10:31 a.m.  Jury excused.

**10:32 a.m.  Court in recess.**

**10:51 a.m.  Court in session.**

Discussion regarding witness clarity while testifying.

10:54 a.m.  Jury present.

10:55 a.m.  Continued direct examination by Ms. Dell'Olio.

11:24 a.m.  Bench conference regarding witness testimony.

Objection overruled

11:26 a.m.  Continued direct examination by Ms. Dell'Olio.

11:32 a.m.  Cross examination begins by Mr. Moore.

11:57 a.m.  Redirect examination by Ms. Dell'Olio.

*06-cv-01142-WDM-MJW*
*Jury Trial Day 4*
*April 15, 2010*

12:03 p.m.     Witness excused.

12:04 p.m.     Jury excused.

Discussion regarding proposed sanction language submitted to the Court.

**12:05 p.m.     Court in recess.**

**1:27 p.m.      Court in session.**

1:28 p.m.      Jury present.

The Court explains witness schedule.

1:30 p.m.      Defendant's witness, Manuel Navarro, called and sworn.
                Direct examination begins by Mr. Bain.

1:40 p.m.      Bench conference regarding anticipated evidence.  Overruled.

1:43 p.m.      Continued direct examination by Mr. Bain.

2:02 p.m.      Cross examination begins by Mr. Kalmanowitz.

2:30 p.m.      Redirect examination by Mr. Bain.

2:36 p.m.      Witness excused.

2:38 p.m.      Defendant's witness, Daniel John Lynch, called and sworn.
                Direct examination begins by Mr. Bain.

3:05 p.m.      Jury excused.

**3:06 p.m.     Court in recess.**

**3:24 p.m.     Court in session.**

Discussion regarding remaining trial schedule.

3:27 p.m.      Jury present.

3:28 p.m.      Continued direct examination by Mr. Bain.

3:42 p.m.      Bench conference regarding objection to witness testimony.

SUSTAINED.

3:46 p.m.     Continued direct examination by Mr. Bain.

3:50 p.m.     Cross examination begins by Mr. Kalmanowitz.

**Exhibit offered and admitted.  Marked as exhibit 94.**

3:55 p.m.     Continued cross examination by Mr. Kalmanowitz.

4:29 p.m.     Redirect examination by Mr. Bain.

4:39 p.m.     Witness excused.

Court admonishes the jurors regarding case discussion.

4:41 p.m.     Jury excused until Monday, April 19, 2010 at 9:00 a.m.

Counsel shall return on Monday, April 19, 2010 at 8:45 a.m.

**4:43 p.m.     Court in recess.**
Trial continued.
Total time in court: 5 hours, 47 minutes.